IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY EASON,

      Plaintiff,

v.

                                   Case No. _____

FREEWAY INSURANCE SERVICES
OF FLORIDA, INC., a foreign corporation,

      Defendant.

_____

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, FREEWAY INSURANCE SERVICES OF FLORIDA, INC. ("Defendant"), hereby gives notice of removal of the case styled *Nancy Eason v. Freeway Insurance Services of Florida, Inc., a foreign corporation,* Case No. 2016-CA-1471, currently pending in the Circuit Court for the Fifth Judicial Circuit in and for Hernando County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. As grounds, Defendant states as follows:

1. On December 9, 2016, Plaintiff filed her Complaint in the State Court Action.

2. Defendant was served with the Complaint on or about December 15, 2016.

3. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiff's Complaint. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all process, pleadings, motions, and orders then

on file in the State Court Action is attached as **Exhibit A**. No further proceedings have occurred in that case.

4. Removal is proper under federal question jurisdiction.

5. Plaintiff's Complaint seeks relief under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* Accordingly, this Court has original federal question jurisdiction over the asserted claims pursuant to 28 U.S.C. § 1331, and removal of this action is authorized by 28 U.S.C. § 1441(a). This Court has jurisdiction without regard to the amount in controversy or the citizenship of the parties.

6. The remaining claim asserted in Plaintiff's Complaint for unpaid wages, pursuant to Florida Statute Chapter 448, arises out of the same case or controversy and therefore falls within this Court's supplemental jurisdiction, and removal of the entire case is proper. *See* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related ... that they form part of the same case or controversy under Article III of the United States Constitution."); *see also* 28 U.S.C. § 1441(c) (providing for removal of entire case).

7. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Middle District of Florida.

8. This Notice is being filed within thirty (30) days after of receipt of the Complaint by Defendant and is timely filed under 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff and a true and correct copy of this Notice of

Removal will be promptly filed with the Clerk of the Circuit Court of the Fifth Judicial Circuit, in and for Hernando County, Florida. *See* **Exhibit B.**

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Nancy Eason v. Freeway Insurance Services of Florida, Inc., a foreign corporation,* Case No. 2016-CA-1471, from the Circuit Court for the Fifth Judicial Circuit in and for Hernando County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

DATED: January 4, 2017.

Respectfully submitted by,

*/s/ Caren S. Marlowe*
Caren Skversky Marlowe
Florida Bar No. 514586
caren.marlowe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
T: (813) 289-1247; Fax: (813) 289-6530
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 4, 2017, I filed the foregoing with the Clerk of the Court via hand delivery.

      **I HEREBY FURTHER CERTIFY** that on January 4, 2017, I served a true and correct copy of the foregoing via U.S. Mail, postage prepaid, and electronic mail upon the following:

Wolfgang M. Florin, Esq.<br>
Christopher D. Gray, Esq.<br>
Lindsey C. Kofoed, Esq.<br>
Florin Roebig, P.A.<br>
777 Alderman Road<br>
Palm Harbor, FL 34683<br>
E-mail: WMF@Florinroebig.com<br>
Labor_efiling@florinroebig.com<br>
Debbie@florinroebig.com<br>
CDG@florinroebig.com<br>
lck@florinroebig.com

*/s/ Caren S. Marlowe*                
Attorney

28083719.1

4